BL9115349

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: ROBIN E WOODS           : Chapter:    13
TERRANCE MICHAEL WOODS         :
                               :
                               :
                               : CASE NO:    12-18624
                               :

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 13, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE:    7/15/2016