# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robin E. Woods aka Robin Eiland<br>Terrance Michael Woods a/k/a Robin E.E. Woods<br>                              Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>                          Moving Party<br>       vs. | NO. 12-18624 ELF |
| Robin E. Woods aka Robin Eiland<br>Terrance Michael Woods a/k/a Robin E.E. Woods<br>                              Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from the Automatic Stay of JPMorgan Chase Bank, National Association, which was filed with the Court on or about February 19, 2016.

                                                                       Respectfully submitted,

                                                                       **/s/Denise Carlon, Esquire**
                                                                       Denise Carlon, Esquire
                                                                       Attorneys for Movant/Applicant
                                                                       KML Law Group, P.C.
                                                                       Main Number: (215) 627-1322

December 6, 2016