# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terrance Michael Woods and Robin E Woods | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-18624 ELF |

# ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7892

                      Respectfully submitted,

                      **/s/Thomas Puleo, Esquire**
                      Thomas Puleo, Esquire
                      Brian C. Nicholas, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 825-6306  FAX (215) 825-6406