**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE : TERRANCE MICHAEL WOODS
       ROBIN E WOODS

                            :   CHAPTER 13

             :
                            :
                         :  BANKRUPTCY NO: 12-18624  **ELF**

CHAPTER 13 STANDING Trustee's NOTICE OF FINAL CURE in the above Captioned Chapter 13 Bankruptcy case. DOCKET ENTRY #93

Date October 25   2017,

                                     /s/William C. Miller, Esquire
                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee
                                   P.O. Box 1229
                                   Philadelphia, PA  19107