United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-18624-elf
Terrance Michael Woods                                                Chapter 13
Robin E Woods
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 2            Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db/jdb         +Terrance Michael Woods,    Robin E Woods,    7049 Dorcas Street,    Philadelphia, PA 19111-4111
12892278       +AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
12905836       +AES/PHEAA,    Po Box 8147,    Harrisburg, PA 17105-8147
12855417       +Acct Recov,    555 Van Reed Rd.,    Wyomissing, PA 19610-1756
12855418       +Aes/Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
12986500       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12855419       +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12855420       +Bur Acct Mgm,    Bureau Of Account 3607 Rosemont,    Camp Hill, PA 17011-6904
12855421       +Cap1/Saks,    Po Box 10327,    Jackson, MS 39289-0327
12855422       +Ccmk/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12855423       +Central Finl Control,    Po Box 66051,    Anaheim, CA 92816-6051
12855426       +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12855427       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12855428       +Citibank N A,    701 E 60th St N,    Sioux Falls, SD 57104-0493
12877558       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
12986640        Department of Education,    FedLoan Servicing,    P.O. Box 530210,    Atlanta GA 30353-0210
12954326        ECMC,    PO BOX 75906,    ST.PAUL, MN 55175
13383348        Educational Credit Management Corp.,     PO Box 16408,    St. Paul, MN 55116-0408
13383347        Educational Credit Management Corp.,     Lockbox #8682,    PO Box 16478,    St. Paul, MN 55116-0478
12855429       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12913967       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
12855431        Lexus,    P.O. Box 2991-Mail Drop L201,    Torrance, CA 90509
12855433       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12873915       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
12855435       +Police &Fire,    901 Arch Street,    Philadelphia, PA 19107-2404
12855436       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
12855437       +Pstc Red Arrow Emp Fcu,    1402 Bywood Ave,    Upper Darby, PA 19082-3720
12855432      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial,     19001 S. Western Ave. L203,    Torrance, CA 90501)
12855438       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
12873004        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12855439       +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
12855440       +U S Dept Of Ed/Fisl/At,    Po Box 2287,    Atlanta, GA 30301-2287
12855441        Univ Of Pa,    3401 Walnut St, Ste 233a,    Philadelphia, PA 19104-6228
12855442       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13027471        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12924098       +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07      CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12965525       +E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:38
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12871695       +E-mail/Text: bnc@bass-associates.com Jan 18 2018 01:51:16      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12855425       +E-mail/Text: cst.bankruptcy@chase.com Jan 18 2018 01:52:58      Chase,    Po Box 7013,
                 Indianapolis, IN 46207-7013
12855430       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:49      Gecrb/Gap,    Po Box 981400,
                 El Paso, TX 79998-1400
12855434       +E-mail/Text: Bankruptcies@nragroup.com Jan 18 2018 01:52:59      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
                                                                                               TOTAL: 10
```

          ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****

```
District/off: 0313-2         User: ChrissyW            Page 2 of 2             Date Rcvd: Jan 17, 2018
                             Form ID: 138NEW          Total Noticed: 45

cr*           +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*           +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
cr*            ECMC,   P.O. Box 75906,   St. Paul, MN  55175
cr*            eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
12907817*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026)
13761231*      eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
12855424     ##+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
                                                                                             TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Terrance Michael Woods info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Robin E Woods info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation for Toyota Lease Trust
               tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Terrance Michael Woods and Robin E Woods

    Debtor(s)

Bankruptcy No: 12−18624−elf

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18

97 − 95
Form 138_new